# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
DONALD L. GILLISPIE

**SEALED**
*WARRANT FOR ARREST*

CASE NUMBER: **1:14-CR-236-EJL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DONALD L. GILLISPIE** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. §371 CONSPIRACY TO COMMIT SECURITIES FRAUD AND WIRE FRAUD
15 U.S.C. §§78j(b) AND 78ff SECURITIES FRAUD
18 U.S.C. §1343 WIRE FRAUD
26 U.S.C. §§7206(1) & (2) MAKING AND SUBSCRIBING A FALSE TAX RETURN; AIDING AND ASSISTING IN THE PREPARATION AND PRESENTATION OF A FALSE TAX RETURN



United States Courts
District of Idaho

**ISSUED**

*Jill Palkoner*
*on Nov 13, 2014 4:01 pm*

November 13, 2014
Date

---

**RETURN**

This warrant was received 11/14/2014 and executed with the arrest of the above-named individual at Meridian, ID.

Signature of Arresting Officer: KASB

Date of Arrest: 11/14/2014

Name & Title of Arresting Officer: For Melissa Ripley, IRS