BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 454792
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD L. GILLISPIE,<br>JENNIFER R. RANSOM,<br><br>Defendant. | Case No. 1:14-cr-00236-EJL<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Effective February 24, 2020, the mailing address for the undersigned will change to:

United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID  83702

The phone number and e-mail address will not change.

**NOTICE OF CHANGE OF ADDRESS - 1**

Respectfully submitted this 25th day of February, 2020.

                                                      BART M. DAVIS
                                                     UNITED STATES ATTORNEY
                                                     By:

                                                     */s/ Raymond E. Patricco*

                                                     RAYMOND E. PATRICCO
                                                     Assistant United States Attorney

**NOTICE OF CHANGE OF ADDRESS - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2020, the foregoing **NOTICE OF CHANGE OF ADDRESS** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Robert Schwarz<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Suite 1000<br>Boise, ID 83702<br><br>Charles Peterson<br>913 W. River Street, Ste. 420<br>Boise, ID 83702 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

*/s/ Brandi Fifer*
Legal Assistant

**NOTICE OF CHANGE OF ADDRESS - 3**